585 A.2d 339

IN THE MATTER OF THE ESTATE OF EVA A. STEWART.

July 10, 1990.

Petition for certification denied.

585 A.2d 339

STATE OF NEW JERSEY v. ABAYOMI CYRUS BRYANT, SR.

July 10, 1990.

Petition for certification denied.

585 A.2d 339

STATE OF NEW JERSEY v. HARRY A. FRYAR, JR.

July 10, 1990.

Petition for certification denied.

585 A.2d 339

STATE OF NEW JERSEY v. DORSEL DENISE TRINIWELL.

July 10, 1990.

Petition for certification denied.

585 A.2d 340

STATE OF NEW JERSEY v. RICHARD A. ROLLIS.

July 10, 1990.

Petition for certification denied.